UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>)<br>MARIO SCATA                                 ) | Criminal No. 15-10222-GAO |

## MOTION TO RELEASE APPEARANCE BOND
## SECURED BY CASH DEPOSIT

The defendant, Mario Scata, respectfully moves this Honorable Court to release the appearance bond secured by a cash deposit in the above-named case since both he and co-defendant Manuele Scata have been sentenced and are in custody. His daughter, Concettina Scata, deposited with the Clerk twenty-five thousand dollars to secure the appearance bond, and said sum should be ordered returned to her.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

## CERTIFICATE OF SERVICE

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 29th day of July, 2018.

/s/ Robert Sheketoff
Robert Sheketoff

9/12/18

Granted and so ordered.

/s/ [Judge signature]
U.S.D.J.